UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HENDERSON FORD | CIVIL ACTION |
| VERSUS | NO. 11-2950 |
| MARLIN GUSMAN | SECTION "C" (2) |

## ORDER

Plaintiff's complaint contains a request that counsel be appointed to represent him in this case. Record Doc. No. 1 at p. 16. "A district court should appoint counsel in a civil rights case only if presented with exceptional circumstances." Norton v. E.U. Dimazana, 122 F.3d 286, 293 (5th Cir. 1997). Having also considered the factors suggested in Ulmer v. Chancellor, 691 F.2d 209 (5th Cir. 1982), **IT IS ORDERED** that plaintiff's motion for appointment of counsel is DENIED at this time. It appears at this early stage of pleading that the case is not complex and the plaintiff is capable of adequately presenting it. As a direct participant in the events that allegedly formed the basis of his complaint, he has been in a position adequate to investigate the case. It appears that the evidence that may be presented is simple and will require no particular skill in its presentation. If circumstances change as the case is developed, appointment of counsel may be reconsidered, but it is unwarranted at this time.

New Orleans, Louisiana, this  10th  day of February, 2012.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE